IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| OKEY GARRY OKPALA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CV 03-JEO-1811-E |
| ) | |
| A. L. DIZON, HEALTH SERVICES ) | |
| DEPARTMENT, FCI TALLADEGA, ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM OF OPINION

    The magistrate judge filed a report and recommendation on March 30, 2004, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice. Plaintiff filed objections on April 7, 2004.

    Plaintiff reiterates the argument he made in his complaint and in response to the defendant's motion for summary judgment, that is that the defendant was bound by the recommendation of the orthopedic surgeon who prescribed special shoes for him over four years ago. However, the cases cited by the plaintiff to support that argument were decided on very different facts. In *Verser v. Elyea*, 113 F. Supp. 2d 1211 (N.D. Ill. 2000), the defendant doctor denied a recommended knee brace *without examining* the plaintiff. In *Horn v. Saunders*, 959 F. Supp. 689, 694 (E.D. Pa. 1996), the defendants *ignored* a recommendation for special shoes. In the third case, an Eleventh Circuit case, *Ancata v. Prison Health Services*, 769 F.2d 700, 704 (11th Cir. 1986), the defendants knew that the inmate needed to be evaluated by a specialist and refused to schedule an evaluation.

    In the case presently before the court, Dr. Stiles reviewed plaintiff's medical records,

including the record of his surgery, and examined plaintiff's left ankle. Based on the results of that examination, Dr. Stiles determined that plaintiff no longer needed special shoes. Plaintiff has not presented any facts to show that anyone in a position to prescribe treatment for him, named or unnamed, was deliberately indifferent to his serious medical needs.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections filed by the plaintiff, the court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE this the 26th day of April, 2004.

SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff also objects to the ruling of the magistrate judge denying his request to amend and add additional defendants.